IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MAURICE TYLER, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 3:10-1187 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| HENRY STEWARD, Warden, et al., | ) | |
| | ) | |
| Respondents, | ) | |

**O R D E R**

In accordance with the Memorandum filed herewith, on the petition for the writ of habeas corpus, all of Petitioner's claims are **DENIED** except for Petitioner's claim that his trial counsel failed to call a known and critical witness who would have provided exculpatory evidence that could have caused the Petitioner's acquittal. For that latter claim, the writ is **GRANTED** and the State would have 120 days to retry the Petitioner.

This is the Final Order in this action.

It is so **ORDERED**.

**Entered** this the 31 day of March, 2014.

William J. Haynes, Jr.
Chief United States District Judge